**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

KEITH M. SHANKLIN,
Inmate No. 00007942,

      Plaintiff,

v.                                                            CASE NO. 3:19cv4286-MCR-EMT

BUFFEE DICKENS, et al.,

      Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 4, 2020. ECF No. 7. Plaintiff has been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Instead, Plaintiff has agreed to the dismissal of this matter. *See* ECF No. 8.

Having considered the Report and Recommendation, without objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** as malicious, pursuant to 28 U.S.C. § 1915A(b)(1).

3.      The clerk will enter judgment accordingly and close this case.

**DONE AND ORDERED** this 26th day of February 2020.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv4286-MCR-EMT